UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
at PIKEVILLE

CRIMINAL ACTION NOS 7:08-CR-13-KKC

UNITED STATES OF AMERICA, PLAINTIFF

v. **OPINION AND ORDER**

JAMES I. THOMPSON, JR., DEFENDANT

\* \* \* \* \* \* \* \* \*

This matter is before the Court on the defendant James Thompson, Jr.'s motion (DE 39) requesting credit towards his federal sentence for time spent in jail before he was sentenced. For the following reasons, the motion is DENIED.

In this matter, Thompson was convicted of possessing a weapon while an inmate at United States Penitentiary, Big Sandy. At the time that Thompson committed that offense, he was serving a life sentence at Big Sandy for a prior conviction of voluntary manslaughter. In this case, the Court sentenced Thompson to 36 months to run *consecutive* to the sentence on the manslaughter charge.

Thus, Thompson has not yet begun serving his sentence on the weapons charge in this case. He will not begin serving that sentence until he has completed his sentence on the manslaughter charge. The time that Thompson was in custody prior to the trial on the weapons charge will be credited against his sentence on the manslaughter charge. It should not be credited against his 36-month sentence in

this case. A defendant is entitled to credit for time served prior to sentencing only if that time is not credited against another sentence. 18 U.S.C. § 3585(b)

For these reasons, Thompson's motion is DENIED.

Dated May 5, 2015.

KAREN K. CALDWELL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY